UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>SHENGSHENG HE | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>MJ24-07134<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _SHENG SHENG HE_, the above-named defendant, who is accused of _18 U.S.C. § 1956(h) CONSPIRACY TO LAUNDER MONEY_, in violation of _18 USC § 1956(h)_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive ~~in open court~~ on _12/27/24_, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
Date

_Defendant_ [signed]

_12/27/24_
Date

_Counsel for Defendant_ [signed]

_____
Date

~~Before:~~ _Judicial Officer_

If the defendant does not speak English, complete the following:

I, _ROBERT C. HSU_, am fluent in written and spoken English and _CHINESE MANDARIN_ languages. I accurately translated this Waiver of Indictment from English to _CHINESE MANDARIN_ for defendant _____ on this date.

_12/27/24_
Date

_Interpreter_ [signed]

WAIVER OF INDICTMENT

CR-57 (06/14)