**FILED**
CLERK, U.S. DISTRICT COURT

3/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           PLAINTIFF<br><br>     v.<br><br>SHENGSHENG HE,<br>  aka "Adam,"<br><br>           DEFENDANT | CASE NUMBER<br><br>CR   2:25-CR-00175-PA<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Daren Li, et al.</u>, Case No. CR 2:24-CR-311-RGK, and <u>United States v. Lu Zhang, et al.</u>, 2:23-CR-596-RGK, which:

   __X__     was previously assigned to the Honorable R. Gary Klausner;

   _____     has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____     the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

   Additional explanation (if any):  Please see attachment A, hereto.

Dated: March 13, 2025

/s/
Maxwell Coll
Assistant United States Attorney

**Attachment A**

The conspiracies charged in all three cases (i.e. the above-captioned case and <u>United States v. Daren Li, et al.</u>, Case No. CR 2:24-CR-311-RGK, and <u>United States v. Lu Zhang, et al.</u>, 2:23-CR-596-RGK) involve the same scheme: The cases have identical co-conspirators, victims, bank accounts, and international financial institutions. Indeed, the defendant in this case received funds from the defendants charged in <u>United States v. Lu Zhang, et al.</u>, 2:23-CR-596-RGK, and sent funds to a defendant charged in <u>United States v. Daren Li, et al.</u>, Case No. CR 2:24-CR-311-RGK.